1   CHRISTOPHER V. YERGENSEN, ESQ.
Nevada State Bar Number 6183
2   NEVADA ASSOCIATION SERVICES, INC.
6224 West Desert Inn Road
3   Las Vegas, NV 89146
Telephone:     (702) 804-8885
4   Facsimile:     (702) 804-8887
Email: chris@nas-inc.com
5
*Attorney for Defendant Nevada Association*
6   *Services, Inc.*

7

**UNITED STATES DISTRICT COURT**
8
**DISTRICT OF NEVADA**
9

10
| BANK OF AMERICA, N.A., | CASE NO.: 2:16-cv-405-KJD-PAL |
|---|---|
| Plaintiff, | |
| vs. | **ORDER TO EXTEND TIME FOR DEFENDANT NEVADA ASSOCIATION SERVICES, INC. TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |
| DIAMOND POINT HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; NEVADA ASSOCIATION SERVICES, INC., | |
| Defendants. | |

17      STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

18                                    (First Request)

19      The parties respectfully submit the following Stipulation to allow Defendant NEVADA

20   ASSOCIATION SERVICES, INC. ("Defendant") thirty additional days from the date of entry of this

21   order to file a responsive pleading to Plaintiff BANK OF AMERICA, N.a.'S (hereinafter "Plaintiff"),

22   Complaint filed on February 26, 2016.  Pursuant to Stipulation of the parties, Defendant shall have

23   until April 29, 2016.

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

1

STIPULATION AND ORDER

1    This is the parties' first request for an extension.

2    DATED this 31st day of March, 2016.

3

4   By: /s/Steve Shevorski                  By: /s/Christopher V. Yergensen
        Steve Shevorski, Esq.                    Christopher V. Yergensen, Esq.
5       Nevada Bar No. 8256                      Nevada Bar No. 6183
        Akerman, LLP                             Nevada Association Services, Inc.
6       1160 Town Center Drive, Suite 330        6224 West Desert Inn Road
        Las Vegas, NV 89144                      Las Vegas, NV 89146
7       Telephone: 702-634-5000                  Telephone: 702-804-8885
        Facsimile: 702-380-8572                  Facsimile: 702-804-8887
8       *Attorney for Plaintiff*                 *Attorney for Defendant Nevada Association
9                                                Services, Inc.*

10

11

12

13                                          **IT IS SO ORDERED:**

14

15   _____
                                             **UNITED STATES DISTRICT COURT JUDGE**
16
                                             **DATED: April 25, 2016**
17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER