ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
STEVEN G. SHEVORSKI, ESQ.
Nevada Bar No. 8256
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:   (702) 380-8572
Email: ariel.stern@akerman.com
Email: steven.shevorski@akerman.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> DIAMOND POINT HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL I, LLC; NEVADA ASSOCIATION SERVICES, INC., <br><br> Defendants. | Case No.:   2:16-cv-00405-KJD-PAL <br><br> **STIPULATION AND ORDER FOR COST BOND** |

Plaintiff Bank of America, N.A. (**BANA**), and Defendant SFR Investments Pool 1, LLC hereby stipulate and agree as follows:

1. Pursuant to NRS 18.130(1) and the NOTICE OF DEMAND FOR SECURITY OF COSTS PURSUANT TO NRS 18.130(1) filed by SFR Investments Pool 1, LLC on March 21, 2016 [Dkt. No. 9], is granted.

//

//

//

//

1

2. BANA shall post a cost bond in the amount of $500.00 or make a cash deposit of $500.00 as to Defendant SFR Investments Pool 1, LLC within seven (7) days of the entry fo this order.

DATED this 4th day of April, 2016.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| /s/ *Ariel E. Stern, Esq.*<br>Ariel E. Stern, Esq.<br>Nevada Bar No. 8276<br>Steven G. Shevorski, Esq.<br>Nevada Bar No. 8256<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Plaintiff* | */s/ Diana Cline Ebron, Esq.*<br>DIANA CLINE EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br><br>*Attorneys for Defendant SFR Investments Pool 1, LLC* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

June 8, 2016
**DATED**

2