DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> DIAMOND POINT HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; NEVADA ASSOCIATION SERVICES, INC., <br><br> Defendants. | Case No. 2:16-cv-00405-KJD-PAL <br><br> **ORDER DISMISSING DEBORAH CALLAWAY AND MICHAEL ORTIZ WITHOUT PREJUDICE** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, <br><br> Counter-Claimant, <br><br> vs. <br><br> BANK OF AMERICA, N.A.; DEBORAH CALLAWAY, an individual; and MICHAEL ORTIZ, an individual, <br><br> Counter-Defendant/Cross-Defendants. | |

Cross-Defendants DEBORAH CALLAWAY ("Callaway") and MICHAEL ORTIZ ("Ortiz") stipulate and agree that they no longer have any interest, ownership or otherwise, in the real property commonly known as **1204 E. Hammer Lane, North Las Vegas, NV 89081; Parcel No. 124-35-112-005** ("Property"). Callaway and Ortiz have been informed that the Property was sold on July 27, 2012 by the foreclosure sale conducted by Nevada Association

- 1 -

Services, Inc. ("NAS"), agent for Diamond Point Homeowners Association. Callaway and Ortiz further stipulate and agree that they will not contest the validity of the resulting foreclosure deed recorded in the Official Records of the Clark County Recorder, Instrument Number 201208010001713, or SFR Investments Pool 1, LLC's ("SFR") ownership interest in the Property based on the foreclosure deed.

Based on these representations, SFR Investments Pool 1, LLC, Callaway and Ortiz stipulate and agree that Callaway and Ortiz shall be dismissed from this action with without prejudice, each party to bear its own fees and costs.

Dated this 1st day of September, 2016.

**KIM GILBERT EBRON**

/s/ Diana Cline Ebron 19578
DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
7625 Dean Martin Dr., Suite 110
Las Vegas, Nevada 89139
Phone: (702) 485-3300
Fax: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

Dated this 29 day of August, 2016.

**DEBORAH CALLAWAY**

Deborah Callaway
1204 E. Hammer Lane
North Las Vegas, NV 89081
*Cross-Defendant*

**MICHAEL ORTIZ**

Michael Ortiz
1204 E. Hammer Lane
North Las Vegas, NV 89081
*Cross-Defendant*

## ORDER

UPON STIPULATION of the parties, and good cause appearing therefore, it is hereby ORDERED that Cross-Defendants Deborah Callaway and Michael Ortiz shall be dismissed from this action without prejudice, each party to bear its own fees and costs.

DATED this 19th day of September, 2016.

UNITED STATES JUDGE

- 2 -

Respectfully submitted:

Diana Cline Ebron, Esq.
Nevada Bar No. 10580
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Phone: (702) 485-3300
Fax: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

- 3 -