UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No. 2:16-cv-00405-KJD-PAL |
| Plaintiff, | ORDER |
| v. | |
| DIAMOND POINT HOMEOWNERS ASSOCIATION,  et al., | |
| Defendants. | |

Before the court is Bank of America, N.A.'s Emergency Motion for Protection from its 30(b)(6) Deposition and Motion for Sanctions (ECF Nos. 36).  Having reviewed and considered the matter,

**IT IS ORDERED** that:

1.  A temporary protective order is **GRANTED** precluding the deposition from going forward on November 9, 2016, pending a decision on the merits.

2.  A hearing on the Motion (ECF Nos. 36) is scheduled for **9:30 a.m., November 22, 2016**, in Courtroom 3B.

DATED this 20th day of October, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE