DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BANK OF AMERICA, N.A.,

Plaintiff,

vs.

DIAMOND POINT HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; NEVADA ASSOCIATION SERVICES, INC.,

Defendants.

---

SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,

Counter/Cross Claimant,

vs.

BANK OF AMERICA, N.A.; DEBORAH CALLOWAY, an individual; and MICHAEL ORTIZ, an individual,

Counter/Cross Defendants.

Case No. 2:16-cv-00405-KJD-PAL

**ORDER TO EXTEND TIME TO FILE MOTION FOR SUMMARY JUDGMENT**

**(First Request)**

WHEREAS Plaintiff/Counter-Defendant, BANK OF AMERICA, N.A. ("the Bank") filed a Motion for Protection from its FRCP 30(b)(6) Deposition and Motion for Sanctions on October 12, 2016 [ECF No. 36]; and

WHEREAS this Court granted the Bank's Motion in part, allowing the deposition but subject to protection from designated topics, and denying the Bank's request for sanctions, pursuant to the Minutes of Proceedings held on November 22, 2016 [ECF No. 46];

IT IS HEREBY STIPULATED between the Bank, Defendant NEVADA ASSOCIATION SERVICES, INC. ("NAS"), Defendant Diamond Point Homeowners' Association ("Diamond Point"), and Defendant/ Counterclaimant SFR INVESTMENTS POOL 1, LLC ("SFR") (collectively "the Parties"), by and through their undersigned counsel, to extend the deadline for the Parties to file Motions for Summary Judgment, to **Tuesday, February 21, 2017**, the next business day following 90 days from the date of this Court's Order [ECF No. 46]. This is intended to allow sensible scheduling of the Bank's FRCP 30(b)(6) deposition, with a reasonable opportunity for the Parties to incorporate deposition testimony in their Motions as necessary.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

This is the Parties' first request for an extension and is not intended to cause any delay or prejudice to any party.

DATED this 14th day of December, 2016.

**KIM GILBERT EBRON**

*/s/ Diana Cline Ebron*
Diana Cline Ebron, Esq.
Nevada Bar No. 10580
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*

DATED this 14th day of December, 2016.

**AKERMAN, LLP**

*/s/ Allison R. Schmidt*
Allison R. Schmidt, Esq.
Nevada Bar No. 10743
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
*Attorneys for Bank of America, N.A.*

DATED this 14th day of December, 2016.

**NEVADA ASSOCIATION SERVICES, INC.**

*/s/ Christopher V. Yergensen*
Christopher V. Yergensen, Esq.
Nevada Bar No. 6183
6224 West Desert Inn Road
Las Vegas, NV 89146
*Attorneys for*
*Nevada Association Services, Inc.*

DATED this 14th day of December, 2016.

**LEACH JOHNSON SONG & GRUCHOW**

*/s/ Ryan W. Reed*
Ryan W. Reed, Esq.
Nevada Bar No. 11695
8945 W. Russell Road, Ste. 330
Las Vegas, NV 891148
*Attorneys for*
*Diamond Point Homeowners' Association*

**ORDER**

**IT IS SO ORDERED**.

DATED this 15th day of December, 2016.

UNITED STATES DISTRICT JUDGE

*Respectfully submitted by:*

**KIM GILBERT EBRON**

*/s/ Diana Cline Ebron*
DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*



KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301