ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
THERA A. COOPER, ESQ.
Nevada Bar No. 13468
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  thera.cooper@akerman.com

*Attorneys for Bank of America, N.A.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>        Plaintiff,<br>vs.<br><br>DIAMOND POINT HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL I, LLC; NEVADA ASSOCIATION SERVICES, INC.,<br><br>                        Defendants. | Case No.: 2:16-cv-00405-KJD-PAL<br><br>**NOTICE OF DISASSOCIATION** |
| SFR INVESTMENTS POOL I, LLC,<br><br>         Counter/Cross Claimant<br>vs.<br><br>BANK OF AMERICA, N.A.; DEBORAH CALLOWAY, an individual; and MICHAEL ORTIZ, an individual,<br><br><br>         Counter/Cross Defendants. | |

　　　　Bank of America, N.A. (**BANA**) hereby provides notice Allison Schmidt., is no longer associated with the law firm of Akerman LLP.  **BANA** requests Ms. Schmidt be removed from the CM/ECF service list.

Akerman LLP will continue to represent **BANA** and requests ARIEL E. STERN, ESQ., and THERA A. COOPER, ESQ., receive all future notices.

Respectfully submitted, this 20th day of January, 2017.

**AKERMAN LLP**

/s/ *Thera A. Cooper, Esq.*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
THERA A. COOPER, ESQ
Nevada Bar No. 13468
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Bank of America, N.A*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: January 24, 2017

_____
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on the 20th day of January, 2017, and pursuant to FRCP 5, I caused to be served a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION,** via U.S. Mail and/ or CM/ECF to the Following:

NEVADA ASSOCIATION SERVICES, INC.
Christopher V. Yergensen, Esq.
6224 West Desert Inn Road
Las Vegas, NV 89146
Email: chris@nas-inc.com

*Attorney for Defendant Nevada Association Services, Inc.*

LEACH JOHNSON SONG & GRUCHOW
Ryan Warren Reed
8945 W. Russell Rd., Ste. 330
Las Vegas, NV 891148
Email: rreed@leachjohnson.com

*Attorney for Diamond Point Homeowners Association*

KIM GILBERT EBRON
Diana Cline Ebron, Esq.
Jacqueline A. Gilbert, Esq.
Karen L. Hanks, Esq.
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Email: diana@kgelegal.com
Email: jackie@kgelegal.com
Email: karen@kgelegal.com

*Attorneys for Defendant SFR Investments Pool 1, LLC*

/s/  Renee Livingston
An employee of AKERMAN LLP